THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| H.N., by and through her parents and guardians, John Doe and Jane Doe; and JOHN DOE and JANE DOE, husband and wife, on their own behalf,<br><br>Plaintiffs,<br><br>v.<br><br>REGENCE BLUESHIELD, a Washington Corporation; and MBA GROUP INSURANCE TRUST HEALTH AND WELFARE PLAN,<br><br>Defendants. | Case No.: 15-cv-1374 RAJ<br><br>**ORDER** |

This matter comes before the Court on Defendant Regence Blueshield's Motion for Entry of Satisfaction of Judgment. Dkt. # 100. Plaintiffs have not filed an opposition; rather, Plaintiff's counsel has filed a "Declaration of T. Jeffrey Keane in Response" to Regence's Motion. Dkt. # 102. Regence has filed a Reply. Dkt. # 103. For the reasons that follow, the Court **GRANTS** Regence's Motion.

On August 28, 2019, the Court entered Judgment against Defendants and for Plaintiffs in the total amount of $291,970.30, including costs and interest. Dkt. # 99. Defendants have submitted evidence in the form of declarations and exhibits showing

ORDER - 1

that this amount has been paid in full to Plaintiffs. Dkt. # 103. Federal Rule of Civil Procedure 60(b) provides that a "court may relieve a party or its legal representative form a final judgment, order, or proceeding" where "the judgment has been satisfied, released or discharged," where "applying it prospectively is no longer equitable," or for "any other reason that justifies relief." Fed. R. Civ. P. 60(b)(5)–(6). Although Plaintiff's Counsel's "Declaration" contends that "this case is not over" and takes issue with Regence's internal calculation of Plaintiffs' damages, they do not dispute that they have received the full monies provided for in the Court's August 28, 2018 Judgment. Dkt. # 102. Plaintiffs also do not appear to contest this Court's Judgment, or the amounts contained therein, and have not filed any motion with the Court to address Regence's behavior in executing this Judgment. Thus, as it pertains to this Court's Judgment (Dkt. # 99), there appears to be no outstanding issue as to whether the money has been received.

Accordingly, the Court **GRANTS** Regence's Motion for Satisfaction of Judgment. Dkt. # 100. The Clerk is directed to discharge the Court's August 28, 2018 Judgment (Dkt. # 99) as a matter of record.

Dated this 12th day of June, 2019.

HONORABLE RICHARD A. JONES
United States District Judge

ORDER - 2